AO 440 (Rev. 8/01) Summons in a Civil Action

**RECEIVED**
SEP 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
District of Columbia

Rebekah H. Miller

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:06CV01525

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 08/28/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE ~~(name and address)~~

Rebekah H. Miller
c/o 77 Mulberry Court
Arden, Nrth Carolina [PZ 28704]
828-687-0116

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG 2 8 2006
CLERK                                DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 09/06/06 |
| NAME OF SERVER (PRINT) John L McKinley | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS registered # RR 898 045 677 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/06/06         *John McKinley*
             Date              Signature of Server

102 Banks Terrace
Hendersonville, North Carolina
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Rebekah H. Miller

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE Nl    CASE NUMBER   1:06CV01525

JUDGE: Ricardo M. Urbina

DECK TYPE: Pro se General Civil

DATE STAMP: 08/28/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~GVT,~~ (name and address)

Rebekah H. Miller
c/o 77 Mulberry Court
Arden, North Carolina [PZ 28704]
828-687-0116

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    AUG 2 8 2006

CLERK    DATE

_Maureen Higgins_
(By) DEPUTY CLERK

**Receipt 1 (PS Form 3806):**

FROM: R H Miller
c/o 77 Mulberry Ct
Arden, North Carolina

TO: Civil Process Clerk
Alberto Gonzales   USAG
950 Pennsylvania Ave
Washington DC 20530

**Receipt 2 (PS Form 3806):**

FROM: R H Miller
c/o 77 Mulberry Ct
Arden North Carolina

TO: Civil Process Clerk
Kenneth L Weinstein   USA-DC
501 3rd St NW
Washington DC 20001

**Sales Receipt:**

```
           ARDEN MAIN PO
        ARDEN, North Carolina
              287043149
           3613950704 -0096
09/06/2006   (828)684-6971   04:37:04 PM

              Sales Receipt
Product          Sale    Unit       Final
Description      Qty     Price      Price

WASHINGTON DC 20001                 $0.63
First-Class
 2.00 oz.
 Registered                         $7.90
 Insured Value :         $0.00
 Article Value :         $0.00
 Label #:       RR898045677US
                                 ========
Issue PVI:                          $8.53

WASHINGTON DC 20530                 $0.63
First-Class
 1.90 oz.
 Registered                         $7.90
 Insured Value :         $0.00
 Article Value :         $0.00
 Label #:       RR898045663US
                                 ========
Issue PVI:                          $8.53

Total:                             $17.06

Paid by:
Cash                               $20.00
Change Due:                        -$2.94

Bill#: 1000400767645
Clerk: 04

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.
              Customer Copy
```

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 09/06/06 |
| NAME OF SERVER (PRINT) John L McKinley | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS registered # RR 898 045 663 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  09/06/06
              Date                    Signature of Server *John McKinley*

102 Banks Terrace
Hendersonville, North Carolina
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.