IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBEKAH H. MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-01525 RMU |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were caused to be served upon Plaintiff pro se on the 6th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Rebekah H. Miller
Plaintiff *Pro Se*
77 Mulberry Court
Arden, North Carolina  28704.


/s/ Nicole M. Stoduto
NICOLE M. STODUTO

2008335.1