# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Rebekah H. Miller, | No. 1:06cv01525 (RMU) |
|     Plaintiff, | MOTION FOR LEAVE TO AMEND |
| v. | |
| UNITED STATES, | |
|     Defendant. | |
| _____/ | |

RECEIVED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND

Plaintiff, Rebekah H. Miller, requests the Court grant Plaintiff leave to file a second amended complaint in the above captioned matter pursuant to Fed. R. Civ. P. 15(a).

Defendant has not entered a responsive pleading into the instant matter, and will not be prejudiced by Plaintiff's amendment.

Date: January 19th, 2007

Respectfully submitted,

_____
Rebekah H. Miller
c/o 77 Mulberry Court
Arden, North Carolina

## CERTIFICATE OF SERVICE

I certify that a true, correct, and complete copy of the foregoing MOTION FOR LEAVE TO AMEND was served upon Counsel for defendant on the 19th day of January, 2007, by USPS, addressed as follows:

Nicole M. Stoduto
U.S. Dept. of Justice
P.O. Box 227
Washington, D.C.  20044


Date: January 19th, 2007                    _____
                                             Rebekah H. Miller