IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBEKAH H. MILLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-cv-01525 RMU |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' RESPONSE TO
## PLAINTIFF'S MOTION FOR LEAVE TO AMEND

The United States, through its attorneys, submits this response in opposition to Plaintiff's motion for leave to amend.

### STATEMENT

On August 28, 2006, Plaintiff, acting *pro se*, filed her complaint. On September 18, 2006, Plaintiff filed an amended complaint. On November 6, 2006, the United States filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

On January 22, 2007, Plaintiff filed a motion for leave to file a second amended complaint. Attached to this motion was Plaintiff's proposed second amended complaint.[1] In her motion for leave to amend, Plaintiff correctly states that the United

---

[1] Additionally, on January 12, 2007, counsel for the United States received Plaintiff's "Second Amended Complaint for Damages Under 26 U.S.C. Section 7431." This document, signed by Plaintiff on January 8, 2007, was never filed with the Court. Thus, in total, counsel for the United States has received four complaints.

States has not entered a responsive pleading in the instant matter, but conveniently neglects to advise the Court of the pending motion to dismiss or the fact that Plaintiff has already exercised her amendment of right under Fed. R. Civ. P. 15(a).

## ARGUMENT

Plaintiff has previously exercised the right to amend her complaint pursuant to Fed. R. Civ. P. 15(a) and the United States responded to that amended complaint. Plaintiff's second amended complaint does not differ substantively from the amended complaint. In fact, Plaintiff's second amended complaint is nearly identical to her amended complaint. Although leave to amend a complaint shall be freely given when justice so requires, Plaintiff has not provided the Court with any reason why she should be permitted to amend her complaint for a third time, or what purpose such an amendment would serve.

//
//
//
//
//
//
//
//
//

CONCLUSION

    For the aforementioned reasons, Plaintiff's motion for leave to amend her complaint should be denied.

DATE: January 26, 2007

    Respectfully submitted,

/s/ Nicole M. Stoduto
NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Phone/Fax: (202) 616-9785/514-6866
Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney