IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| REBEKAH H. MILLER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-cv-01525 RMU |
| | ) |
| UNITED STATES | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND was caused to be served upon Plaintiff pro se on the 26th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Rebekah H. Miller
Plaintiff *Pro Se*
77 Mulberry Court
Arden, North Carolina  28704.


/s/ Nicole M. Stoduto
NICOLE M. STODUTO

2186717.1