THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| REBEKAH H. MILLER, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1525 |
| | : | | |
| v. | : | Document Nos.: | 5, 6 |
| | : | | |
| UNITED STATES, | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

### DENYING THE PLAINTIFF'S MOTION FOR LEAVE TO AMEND; GRANTING THE DEFENDANT'S MOTION TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 30th day of July, 2007, it is hereby

**ORDERED** that the defendant's motion to dismiss is **GRANTED**, and it is

**FURTHER ORDERED** that the plaintiff's motion for leave to amend is **DENIED**; it is

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge